UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| Patricia Gerhard, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:08cv01070JCH |
| vs. | ) | |
| | ) | |
| Westran R-1 School District, et al., | ) | |
| | ) | |
| Defendant, | ) | |

**ORDER**

The above styled and numbered case was filed on July 22, 2008 and randomly assigned to the Honorable Jean C. Hamilton, United States District Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to our Northern Division. Accordingly, the case has been transferred to our Northern Division and given Case No. 2:08CV0036 MLM and randomly assigned to Honorable Mary Ann L. Medler, United States Magistrate Judge.

Dated this 25th day of July, 2008.

JAMES G. WOODWARD, CLERK

By:/s/ Karen Moore, Deputy Clerk

**Please note the new case number: 2:08CV0036 MLM.**